# Saturday, July 16, 2005

05-496

# I have no money i file this under my first amendment rights, to redress my Government under my Substantive due Rights

Joseph D'Alessandro

*[signature]*



FILED
JUL 1 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. POSTAGE PAID MILLSBORO, DE 19966 JUL 18, 05 AMOUNT $2.21 0005686i-01 19801

Joseph D'Alessandro & Dogs D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801