Page 1

Saturday, July 16, 2005

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Mr. Joseph D'Alessandro and Mrs. Olga D'Alessandro
94 Angola Estates
Lewes, Delaware 19958
302 945 1554
Mrs. Olga D'Alessandro and Mr. Joseph D'Alessandro (Pro Se)
under Loss Consortium and Society.
by Mrs. Olga D'Alessandro and Husband Mr. Joseph D'Alessandro
(Mrs. Olga D'Alessandro RULE 17 Incompetent lacking the qualities
needed for effective action unable to function properly and decisively)

Plantiffs

Civil Docket No VERIFIED COMPLAINT (Jury Trial) Not a Judges Trial (Seventh Amendment)

v.

UNITED STATES OF AMERICA
Address: 2138 Rayburn House
Office Building Washington, DC 20515
THROUGH THE
Equal Employment Opportunity Commission
1801 L. Street, N.W.
Washington, D.C. 20507
   and
Marie Tomasso individually in her offical capacity as
District Director of The Equal Employment Opportunity Commission
For The State Of Delaware.
Equal Employment Opportunity Commission
21 South 5th. Street, Suite 400
Philadelphia, PA. 19106-2515
Docket Number 170A10584

Name of Defendant or Defendants

1. Text intended to separate ideas

A formal charge, made under oath
PLANTIFFS' ARE NOT FILING UNDER THE FEDERAL TORTS ACT CLAIM

J. Curtis Joyner YOUR ORDERS ARE VOID AND MOOT AND FRIVILOUS
And Malicious.

If J. Curtis Joyner does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.
When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect.

J. Curtis Joyner usurped Joseph And Olga D'Alessandros United States Constitution, First, Fifth, Ninth, and Fourteenth Amendments. Through Discrimination, Bias, Prejudice, Cronyism's, Collusion, and Misprision, of Felony.

The EEOC Denied Mrs. D'Alessandro a appeal, her rights under The Federal Law
The Federal Administrative Procedures Act. (Usurped)

## 2. Text intended to separate ideas

This action is brought pursuant to, Federal Laws Prohibiting CIVIL RIGHTS DENIED and brought aganist

the United States of America acting through the Equal Employment Opportunity Commission and aganist

one individual defendent Marie Tomasso District Director of The EEOC PRESENT DISTRICT DIRECTOR

OF THE EEOC Philadelphia Pa., Delaware, & New Jersey ( Emotional Distress ) and Discrimination,

and Deprivation of Rights Every person who, under color of any statute, ordinance, regulation, custom, or usage,

of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the

United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges,

or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit

in equity, or other proper proceeding for redress. L.L.Bean perjured themselves in the EEOC

investigation, and the EEOC is charged with obstruction of justice, and failed to perform a honest & ethical

& truthful investigation, violating Mrs. D'Alessandro's First, Fifth, Ninth & Fourteenth amendment rights.

The EEOC misimplied the Law and staff misconduct, fraud & misrepresentation, & Negligence to

CAUSE MENTAL & PHYSICAL INJURY & HARM

## 3. Text intended to separate ideas

Federal statutes and/or STARE DECISIS on which

## jurisdiction is based

The Federal Administrative Procedures Act.

TITLE 18 CHAPTER 13 CIVIL RIGHTS
241. Conspiracy against rights
242. Deprivation of rights under color of law
246. Deprivation of relief benefits

PLANTIFFS' ARE FILING UNDER Bivens vs. b. Six unknown narcotics agents 403 U.S. 388(1971)

U.S. Code Title 28 sec. 1331 DENIED EQUAL PROTECTION

U.S. Code : Title 18 : Section 1514. Civil action to restrain harassment of a victim or witness.

U.S. Code : TITLE 42 Sec. 1981 & 1983. Civil action for deprivation of rights
Mrs. Tomasso is subject to USC 42 sec. 1981 & 1983

Title 29--Labor CHAPTER XIV--EQUAL EMPLOYMENT OPPORTUNITY COMMISSION PART 1601--PROCEDURAL REGULATIONS Tomasso is subject to U.S.C. 42 sec. 1981 - 1983 as District Director Sections 1601.5

Young v. Pierce DCTEX. 544 F. Supp. 1010

Mackey v. Indiana Hospital DCPA 562 F. Supp. 1251

United States to this date has not waved sovereign immunity for claims for damages. See United States v.

North Side Realty Associates 324 F. Supp. 287, 291 N. D. GA. 1971

Gallegos v. Haggerty, Norther District of New York 689 F. Supp. 93

Williamson v. U.S. Department of Agriculture, 815 F. 2d. 369, ACLU Foundation

V. Barr 952 F. 2d. 457, 293 U.S. Ap. DC 101. (CA DC 1991)

United States v. Olmstead, 277 U.S. 438 (1928)

TITLE 18 : PART I - CRIMES CHAPTER 73 - OBSTRUCTION OF JUSTICE

OBSTRUCTION OF JUSTICE:   Dismissing Mrs. D'Alessandro's Charge

Section 1505. Obstruction of proceedings before departments,

agencies EEOC, and committees.

(B) prevent the production of a record, document, or other

object, in an official proceeding; ADA Charge Form & Legal Document Book

Title 29--Labor CHAPTER XIV--EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

PART 1601--PROCEDURAL REGULATIONS Failure to Amend & Failure to accept appeal

from Plantiff Mrs. Olga D'Alessandro Mrs. Tommasso Ignored Mrs. D'Alessandros' Civil Rights.

Sec. 1601.12 Contents of charge; amendment of charge & 1601.76 Right of party to request review.

4. Text intended to separate ideas

Plantiffs Prayer For Relief

Treble Damages

I declare under penalty of perjury that the following is true and correct.

Saturday, July 16, 2005

Power of Attorney and Legal Contract of Marriage 37 years
Joseph D'Alessandro
23136 Prince George Drive Angola Estates
Lewes, Delaware 19958-9342

Phone 302-945-1554

*[signature: Joseph L. D'Alessandro]*

Joseph D'Alessandro & Olga D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801



U.S. POSTAGE PAID
MILLSBORO, DE 19966
JUL 18 '05
0005861-01
AMOUNT $2.21
19801

U.S.M.S. X-RAY
U.S.M.S. X-RAY