IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSEPH L. D'ALESSANDRO AND )
OLGA D'ALESSANDRO, )
)
      Plaintiffs, )
)
      v. ) Civil Action No. 05-512 GMS
)
UNITED STATES OF AMERICA, )
EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, MARIE TOMASSO, )
)
      Defendants. )

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

The plaintiffs, Joseph L. D'Alessandro and Olga D'Alessandro, pro se litigants, have filed this action together with a letter requesting that they be permitted to proceed in forma pauperis. The letter does not include financial information regarding the plaintiffs.

At Wilmington this 4th day of Oct., 2005, IT IS ORDERED that:

    1. The plaintiffs shall complete and submit the attached application to proceed without prepayment of fees.

    2. Failure to return the requested information within 30 days from the date this order is sent shall result in dismissal of this action without prejudice.

United States District Judge

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_____
Plaintiff
V.
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, _____ declare that I am the (check appropriate box)

☐ Petitioner/Plaintiff/Movant      ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☐ No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration _____

    **Inmate Identification Number (Required):** _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☐ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment      ☐ Yes   ☐ No
    b. Rent payments, interest or dividends               ☐ Yes   ☐ No
    c. Pensions, annuities or life insurance payments    ☐ Yes   ☐ No
    d. Disability or workers compensation payments       ☐ Yes   ☐ No
    e. Gifts or inheritances                             ☐ Yes   ☐ No
    f. Any other sources                                 ☐ Yes   ☐ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.